The League of American Autochthon Heir Tribal Nation
c/o Dominus Natura Autochthon Heir yolanda yisrael, Lord
Spirit in Body, Et Alteri Incommunicabilis, Dominis Procerum
"the 2111 Lane Street San Francisco, California 94124
Internationally Protected Neutralized Tribal Land, Autochthon
Kingdom Fax: 888-878-6660 email:
yolewis@bbywholdings.com (p) 916-891-7115

**FILED**

NOV 15 2022

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

**CV 22 · 7155**

# United States district court
## Northern judicial district of California,
## For the Court of United States
## San Francisco Division

**The League of American Autochthon Heir Tribal Nation;**
**BBYW Holding; Government Entity, Numinutitska**
**Penatekawa Tribal Trust, Yolanda Lewis, Wilson**
**Maurice Davis, Aaron McKinley Lewis, Jalen Ilias Lewis,**
**Tanya Stutson, Wanag Tahatan-Bey, a/k/a Kevin Woodruff,**
**Jocelyn Lynette Cunningham,**
**Tahjanae Melessa Hodges, Lajulia Benita Cunningham estate,**
**Willis Cannon Cunningham estate, Rodney Dwayne Woodruff.**
**estate, Anthony Carl Woodruff estate, Emma Lee Maxwell-**
**Woodruff estate, Absolute Trustees; U.S. Flag Carrier Vessels,**
**On the Behalf of United States et al**

Case No. —

**In Admiralty by Special Appearance**

Sup.Ct. PS 22-0501
Sup.Ct. 22UD00875
Sup.Ct. 22UD00996
Sup.Ct. 18STUD07315

**DEMAND FOR JURY TRIAL**

NOTICE OF REMOVAL

**Plaintiffs/Adverse Claimants**

**Real Party in Interest:**
**Natura Autochthon American Negro Indian Dominus Lords Spirit in**
**Body, Alteri Incommunicabilis; Holy Spirit**
**Sprinkled Blood Natura Autochthon Heirs**

vs.

**UNITED STATES OF AMERICA, Successor or Assigns.,**
**GOVERNMENT OF THE CANAL ZONE et al. (DOE's 1-100)**

**Defendants/Interloper Claim Jumper et al**

**JURISDICTION:**

35 U.S.C. §154(a)(1). ii35 U.S.C. §271(a). An exception, where lack of knowledge may be a defense, is indirect infringement, of which there are two principal types: (1) actively inducing someone else to infringe, which requires knowledge of the patent and an intent to cause the infringement (35 U.S.C. §271(b)), and (2) contributing to someone else's infringement, which requires selling or offering for sale a component to a patented combination knowing that it is specially made or adapted for use as a material part of an infringing combination and that it is not suitable for substantial non-infringing use. 35 U.S.C. §271(c). title 28 Section 1331, 1446(a). for Tribal Land Patent Infringement.

ADMIRALTY PROCEEDING REQUSITION DEMAND

**PARTIES**:

**(1). PLAINTIFFS:** The League of American Autochthon Heir Tribal Nation, BBYW Holding Government Entity; Numinutitska Penatekawa Tribal Trust; Yolanda Lewis absolute trustee, Wilson Maurice Davis absolute trustee, Aaron McKinley Lewis absolute trustee, Jalen Ilias Lewis absolute trustee, Tanya Stutson absolute trustee, Wanag Tahatan-bey absolute trustee a/k/a Kevin Woodruff, Jocelyn Lynette Cunningham absolute trustee, Tahjanae Melessa Hodges absolute trustee, Lajulia Benita Cunningham estate, Willis Cannon Cunningham estate, Rodney Dwyane Woodruff estate, Anthony Carl Woodruff estate, Emma Lee Maxwell-Woodruff estate, at all times relevant to this action in Admiralty Tribal Member "Indian Office Found" American Negro Indian On the behalf of UNITED STATES manumitted protected class et al.

**(2). DEFENDANTS**: All time relevant, UNITED STATES OF AMERICA, de facto GOVERNMENT OF THE CANAL ZONE, Successors or Assigns In Rem ; Vilsack, J. Tom In personam d/b/a Secretary of Dept. of Agriculture Rural Development, In Rem, McDonough, Richard Dennis In personam d/b/a Secretary Dept. of Veterans Affairs In Rem, Becerra, Xavier In personam d/b/a Secretary of U.S. Health and Human Services In Rem; Buttigieg, Pete In personam, d/b/a Secretary for the Dept. of Transportation In Rem, Small Torres, Xochitl In personam, d/b/a Under Secretary Dept. of Housing & Urban Development In Rem; Iverson, Chuck In personam, d/b/a CEO Mason McDuffie Mortgage Corp, In Rem. Bray, Jay In personam, d/b/a CEO Nationstar Mortgage LLC, d/b/a MR. COOPER In Rem, Azevedo Travis In personam d/b/a Exective for A2Z HOMES, INC In Rem, Newsom, Gavin Christopher, In personam, d/b/a GAVIN CHRISTOPHER NEWSOM Office of State of California Governor In Rem; Successors and assigns; Bonta, Robert Andres In personam, d/b/a ROB BONTA Office of State of California Attorney General In Rem, Successors and assigns; Schubert, Marie-Anne, In

ADMIRALTY PROCEEDING REQUSITION DEMAND

personam d/b/a Office of County of Sacramento District Attorney In Rem, successors and assigns; Rosen, Jeff, In personam d/b/a Office of County of Santa Clara District Attorney In Rem, successors and assigns; Becton, Diana In personam d/b/a Office of County of Contra Costa District Attorney In Rem, successors and assigns; Gascon, George In personam d/b/a Office of County of Los Angeles District Attorney In Rem, successors and assigns; Castro-Silva, A. Rodrigo In personam d/b/a Office of County of Los Angeles County Counsel In Rem, successors and assigns; Williams R. James In personam, d/b/a Office of County of Santa Clara County Counsel In Rem, successors and assigns; Mason McNett Mary Ann In personam, d/b/a Office of County of Contra Costa County Counsel In Rem, successors and assigns; Smith, Laurie In personam d/b/a Office of the Santa Clare County Sheriff In Rem, successors and assigns; Sanchez Yesenia, In personam d/b/a Office of Alameda County Sheriff In Rem, successors and assigns; Livingston O. David In personam, d/b/a Office of the Contra Costa County Sheriff In Rem, successors and assigns, Villanueva, Alex In personam, d/b/a Office of the Los Angeles County Sheriff In Rem, successors and assigns;  all times relevant to this action, THE GANGS In personam and In Rem is that by which "Indian Office Found" sue them who is under obligation to Autochthon American Negro Indian to do something or give or estoppel STATE OF CALIFORNIA  SUPERIOR COURT JUDICIAL SYSTEMS IN REM, using agents, clerks, deputy clerk, Bailiff, by and through UNLAWFUL DETAINER process to creates California Homeless Population, "Hereinafter THE GANGS" **In personam ACTIO EST, QUA CUMEO AGI-MUS QUI OBLIGATUS EST NOBIS AD FACIEN DUM ALIQUID VEL DANDUM; and actio in rem et a**

ADMIRALTY PROCEEDING REQUSITION DEMAND

<u>MATERIAL RELEVANT STATEMENT OF FACTS BY CONCLUSIVE PRESUMPTION</u>

(3). All time relevant, UNITED STATES OF AMERICA, de facto GOVERNMENT OF THE CANAL ZONE In Rem, Federal agents and assigns, authorized representatives listed as Federal "THE GANG";

And agents and assigns, authorized representatives, State/local Government listed as State "THE GANG" and their FEDERAL and STATES OFFICES, alike, use deceptive forms to obtain the employees Social Security Trust Account numbers without disclosing the mandated required SSA-88, and 89 OMB form needed to be issue by the social security agent/issuers for proper authorization to conduct commerce.

(4). Defendants Tom J. Vilsack, Dennis Richard McDonough, Xaiver Becerra, Xochitl Torres Small, In Personam all time relevant to this admiralty proceedings knew or should have known, agents, and assigns continue to allow Mortgage Corporation, Banks, in

Trafficking of Counterfeit Financial Access Devices and Nominate themselves as cestui que trust, trustees as Lender for the source of Original Financial Access Devices (Commonly known as Application Offer Original Collateral Security Note) on form RD-451-20.

(5). Defendant Chuck Iverson In personam CEO for Mason McDuffie Corporation In Rem, all times relevant, knew or should have known that his agents and assigns, subordinates continue in Trafficking of Counterfeit Financial Access Devices which cause conflict of interest when he allow agent and assigns to continue to forward original issued collateral security note, issue by cesuti que trust agent, using form RD-451-20 in order to convert original issue collateral security note into secondary deed of trust security investment Bond, in lieu of applying Borrower Signature Subscription Application Offer "Collateral Security Note" as a medium of exchange, for consideration satisfaction the dead pledge (Mortgage Agreement and separation of note), and failure to record satisfaction of Mortgage.

(6). Defendant Gavin C. Newsom In personam Office of the Governor In Rem, at all time relevant knew or should have known, that his agents and assigns, subordinates even after numerous notices, to Office of the governor continues to allow conveyance of Autochthon American Negro Indian property held in cestui que trust engaging in paper genocide; by trafficking counterfeit financial access

devices Grant Deed, Deed of Trust by and through Counties Recorder Offices to escheat/pillage American Negro Indian dominant & servient estates.

(7).   Defendants Robert Bonta In personam, d/b/a  California Attorney General In rem; Anne Marie Schubert In personam d/b/a District Attorney; Jeff Rosen, d/b/a District Attorney; George Gascon, d/b/a District Attorney, Rodrigo Castro-Silva, d/b/a County Counsel; James R. Williams, d/b/a County Counsel; Ann Mary Mason-McNett, d/b/a County Counsel; all time relevant knew or should have known that their agents and assigns; and subordinates, as Trust Interest Holder, holding the cestui que trust security interest (Escrow) for the Federal Agency Franchise Social Security Indenture, continue to allow trafficking of counterfeit financial  access devices, using deceptive non-OMB forms used to import Social Security Indenture account outside the District, and allow counties officials to infringe upon Autochthon American Negro Indian property person identity theft and Indian Office Found,  using unlawful detainer to confiscated "Ancient Ones" land by and through county, city, state, Interlopers political subdivision, code, statute, rules, that conflict with establish internatiional treaties, Tribal land Patent Infringement.

(8).   Defendants, Laurie Smith, Yesenia Sanchez, David O. Livingston, Alex Villanueva, and their successors and assigns, In personam,  d/b/a Sheriffs County of  Santa Clare, Alameda, Contra Costa, all times relevant, knew or should have known there action or non-action, and/or there agents and assigns action or non-action aid and abet in ponzi scheme with several California Counties Superior Court to facilitate and/or executing writ of ejection order by simulated legal process to infringe upon land patent and/or  pillage dominant and servient cestui que trust security interest generated from Beneficiaries Principal signature subscription offering which funded the money of account for the consideration alleged debt.

(9).   Defendants, Chuck Iverson in personam all time relevant use his Office of Mason Mcduffie Mortgage Corporation (MMMC) In Rem; were contracted as private fiduciary and surety on behalf of the United States by the Social Security Agency representative person KEVIN WOODRUFF & TANYA STUTSON and every similar situate to facilitate on or about July 2017 and thereafter  was obligated tasked and required, as legal designated statutory commercial and contract fiduciary, to distribute the

proceeds of the Treasury funds (application offering) issue and obtained from cestui que trust agents

signature subscription security interest collateral note to deliver the medium of exchange proceeds to the

loan originator (United States Treasury Insurance Carrier) a government obligation using RD 451-20

form, to "pay" for the asset of the security transaction and simultaneously effectuate the discharge of any

obligation of the United States, however, instead of fulfilling (MMMC) and Chuck Iverson fiduciary

obligation which required to record, memorialize and deliver to Social Security Indenture Agents cestui

que trust, the Certificate of Satisfaction direct from medium of exchange amount of the instrument taken

in payment of the obligation which required Generally Accepted Accounting Practices (GAAP) to be

including in the security transaction account history instead of (MMMC) providing honor services use

deceptive practice to escheat and pillage cestui que trust for-profit capital gain.

(10). Jay Bray in personam all time relevant use Office of Nationstar Mortgage LLC, d/b/a MR. COOPER In Rem, where he, knew or should have known his agents and assigns, subordinates was/is employed by (MMMC) to escheat dominant and servient cestui que trust by using false billing Trafficking Counterfeit Financial Access Devices to collect of extension of credit , pillaging cestui que trust United States obligation.

(11). Defendant Travis Azevedo In personam agents and assigns and subordinates using Office of A2Z HOMES, INC In Rem, to continue to attempt sell property even after notices of Tribal Land Patent Infringement. and engaging and participating in simulated de facto legal process to import contraband Trafficking Counterfeit Financial Access Devices Cross-Border MLS 222133725 marketing for-profit and using Courts to aid and abet taking property that has Tribal Land Patent.

(12). Defendant STATE OF CALIFORNIA, SUPERIOR COURT OF CALIFORNIA JUDICIAL SYSTEMS IN REM, It's agents and assigns, clerks, deputy clerk, Judges, Commissioners, subordinates In personam is/are aid and abet in Trafficking Counterfeit Financial Access Devices to import secondary color of title  grant deed; deed of trust in county recording by engaging in simulated cross-border using unlawful detainer summary proceedings exercising colorable authority to aid and abet third-parties to infringe upon American Autochthon Negro Indian property.

## CONCLUSION

**(13).** Therefore, all times relevant pertaining to this admiralty action, every so-named defendants failed to assure that the United States' obligation, contracted by the United States persons Plaintiffs adverse claimants as SSA agents, breached their fiduciary, contract and statutory duties to the injury, detriment and harm Plaintiffs Adverse Claimants and the United States interest.

**(14).** The undisputed fact that the underwriter investment banks (MMMC), withheld the cestui que trust signature subscription application offering deposit receipt of credit for collection from Plaintiffs/Adverse Claimants herein could have the appearance of fraud, extortion extreme bad faith and fiduciary embezzlement, acts of an actors so-named herein, in concert with other actors privy to the activity across state lines, in furtherance of a criminal paper genocide enterprise.

By misuse of the security collateral transaction, by each defendants, in the multiple sell and trade as a security, the privacy of Plaintiffs/Adverse Claimants has been invaded and misuse of the signature subscription application offering for the benefit of defendants.

## RELIEF SOUGHT

(1). Grant monetary damages in the amount of $100,000,000.00 Tribal Land Patent Infringement

(2). Issue-forth Writ of Mandate to compel State & Federal actors, assigns to provide honor services, and estoppel unfair business practices, converting medium of exchange into secondary mortgage debt against Indian Office Found, American Autochthon Negro Indian.

(3). Issue-forth preliminary injunction make unlawful detainer void on it face, as Bill of Attainder, and compel State & Federal Actors, assigns, successors, agents uphold there Oath of Office, and enforce treaties immediately,

(4). Grant any other remedy the court deem necessary to abate and/or cure State & Federal malfeasance, malice acts using non-privity servicing company, banks that pillage cestui que trust, but not limited to without prejudice.

ADMIRALTY PROCEEDING REQUSITION DEMAND

## JURISDICTIONAL STATEMENT:

**(15).** United States district court is required for mandatory **"STAY" or "REMOVAL"** by de facto County of Sacramento and County of Contra Costa de facto, title 28 Section 1446(a). agents/assigns/judges/clerks/commissioners engaging in simulated legal process to unlawfully import contraband trafficked cross-borders using unlawful detainer summary proceedings, conspiring with counties de facto agents/assigns/judges/clerks/commissioners exercising colorable authority through Superior Court Contra Costa County and Superior Court of Sacramento, conspiring with Office of the Sheriff and County Counsel bearing false arms. **"Stay or Removal" shall be automatic and mandatory when Federal question of jurisdiction & venue which play a fundamental root of jurisprudence in law, and/or until determination by the U.S. International Trade Commission become final.**

**(16).** Actual notice to the intent to file a simultaneous claim before the United States International Trade Commission, related to 337 Tariff Act of 1939 willful and intentional violations was submitted in the original complaint. The basis for the abatement proceeding in the District Court was to abate the conspiracy against divine rights, to abate the unlawful conversion of the Lords Spirit in Body through multiplicities of unjust jurisdiction from Vessel in Christ to U.S. Flag Carrier Vessel; and to misappropriate dominant and servient cestui que trust by usufruct, and pillage. The threat force of violence or paper genocide and continued Close-Tribal Land Patent Infringement, harassment by exercise of colorable authority and force participation in prohibited tax shelter transaction form 8886-T and non-OMB forms SSA-88; SSA-89, through simulated color of authority legal processes continued by County of Sacramento, County of Contra Costa, County of Santa Clare under color of law taken possession or attempt to take

possession of indigenous American Negro, Indian Land/real property and denied the issuance of the improper venue letters sent to the Superior Court of California for every pending unlawful detainer case listed herein.

The counterfeiting by the issuance of de facto side by side collateral as writs to attach, being acts of war (paper genocide) to use unlawful detainer summary proceeding simulated process to try indigenous Tribal Land Patent perfected title, in their de facto Courts.

**(17).** All times relevant, Parties subject to admiralty may not contract out of admiralty jurisdiction, and states may not infringe on admiralty jurisdiction either judicially or legislatively. To facilitate commerce in a uniform body of international admiralty law, Congress designated the federal courts with exclusive jurisdiction in the Judiciary Act of 1789 and U.S. Constitution Article III, Section 2.

**(18).** The supplemental Admiralty Rules take precedence over the Federal Rules of Civil Procedure and treaties in the event of conflict between the two parties, because the right of blood cannot be destroy. By any civil law, and American Negro Indian "Indian Office Found" cannot be force or converted into de facto judicial forma. However, due to the federal government continuing solicitude for the rights of American Autochthon Negro Indian in their land, the state cases were garden-variety ejectment under color of title, Indian law is primarily the province of the federal court. Federal Law protect tribal rights.

**(19).** Courts has continuously declared Indian Office Found land title is a matter of federal law. Federal jurisdiction does exist for claims of Tribal Land Infringement, finding its were tribal member assertion of tribal sovereign which is complete federal preemption.



**CADENCY MARKS INDOMITABLE**

ABATEMENT of Honor HERALDRY and Peace Treaty enforcement action against the world, to desist from breach against Remove Injurious False Claims from de facto jurisdiction effective this 7th day Tamuz, 5732 (July 6, 2022) and effective retroactive to October 12, 1492, pursuant to Bona Fide Encumbrance Lien filed in good faith with clean hands for valuable consideration in blood Yolo County.

L/s/ Holy Scripture
L/s/ Treaty of Peace and Friendship 1786
/s/ Delaware Treaty 1778
/s/ BBYW Holdings LLC

/s/ Bona Fide Encumbrancer in Good Faith for Value
By: ........................................., , Dominis Procerum
Christ for the Anointed Natura Autochthon
Heir yolanda yisra'el by Adoption
Lord Spirit in Body; Lord Admiral
to California Vessel No. 67-209407

By: ........................................., , Dominis Procerum
Christ for the Anointed Natura Autochthon
Heir wilson maurice yisra'el by Adoption
Lord Spirit in Body; Lord Admiral
to South Carolina Vessel No. 139-1985-035939

By: ........................................., , Dominis Procerum
Christ for the Anointed Natura Autochthon
Heir wanag tahatan bey by Adoption
Lord Spirit in Body; Lord Admiral
to Texas Vessel No. 142-54198404

ADMIRALTY PROCEEDING REQUSITION DEMAND

By: ...................................., , Dominis Procerum
Christ for the Anointed Natura Autochthon
Heir tanya, stutson
e yisra'el by Adoption
Lord Spirit in Body; Lord Admiral
to Alabama 101-62-039302



TAU [in *Heraldry*] calle
the St. *Anthony's Cross*, be
cause St *Anthony*, the monk
and hermit, is alway.
painted with it upon hi
habit. It takes its name.
from the *Greek* letter T, which it ex
actly refembles. Some are of opinion
it is an old hieroglyphick of fecurity
and refer it to the charge given to th.
angel in *Ezekie.*, not to kill them upon
whom was the letter T. *n. Heb.*



ADMIRALTY PROCEEDING REQUSITION DEMAND

## FIRST ADVERSE CLAIMS

(20). The State of California, Local Government to the Canal Zone's Superior Court Judicial System, and County Board of Supervisors, with the States of California Franchise Tax Board hold liability and are accountable for the current homeless Epidemic sweeping California Republic Populations, to conspire in paper genocide By national origin discriminatory practice to exterminate the Autochthon American Negro Indian, House of YHWH, Tribe of Yisra'el (Israel) and its Citizens.

## SECOND ADVERSE CLAIMS

(21). The unlawful conversion of liberties, pillage by the unlawful conversion of Autochthon American Negro Indian property Held in blind cestui que trust by UNITED STATES, Constitutes willful and intentional paper genocide, by conspiracy to usurp, Tribal Land Patent De Bonis Asportatis, Autochthon American Indian Office Found.

## THIRD ADVERSE CLAIMS

(22). The usurpation of Indian Office Found, Tribal Land Patent Infringement, and Exclusive Admiralty jurisdiction held by Autochthon America Negro Indian by And through state unlawful detainer summary proceedings and continued by foreign Unregistered pirates, whose "Discovery" of tribal ancestral lands is used to justify the trafficking of the person and property outside the United States, to infringe on Exclusive Admiralty jurisdiction, to engage in unjust war to continue land Encroachment via **TRIBAL LAND CLAIM JUMPER.**

## FOURTH ADVERSE CLAIMS

(23). The trafficking of manumitted persons and property outside the United States District of Columbia, executed by paper genocides to purport States jurisdiction Over the United States Autochthon American Negro Indian protected Tribal Land Patent Infringement a protected class.

## FIFTH ADVERSE CLAIMS

(24). The foreign UNITED STATES OF AMERICA, SUPERIOR COURTS OF CALIFORNIA Is a weapon of mass destruction used to unlawfully detainer summary proceedings to Traffic manumitted persons outside the United States; unlawfully convert autochthon American Negro Indian property and persons to engage in paper genocide by pillage Cestui que trust through the trafficking of contraband for counties cross-border swaps Through counties cross-border buildings.

## SIXTH ADVERSE CLAIMS

(25). Paper genocide by the identity theft of the Autochthon American Negro Indian By calling the descendants immigrants, and not the true United States American Negro Indian (de jure), by their continued paper genocides, of United States American Negro Indian Office Found, thus branding American Negro Indian as UNITED STATES OF AMERICA GOVERNMENT OF THE CANAL ZONE (Civilized Reservation Indian ward).

## MEMORANDUM OF CONCLUSIVE MATERIAL FACTS
## IN SUPPORT OF ADVERSE CLAIM

**Memorandum of Conclusive Material Facts in Support of Adverse Claim**

1.  Ancestral Autochthon American Negro Indian rights of blood cannot be destroyed by any provision of the civil law.
    a.  Maxim: Jus sanguiuis nunquam prescribitur.—A right by blood never prescribes. Thus the heir to a title never loses his right to the title through prescription or lapse of time : a child's right to aliment, and the parents' obligation to provide it, never prescribe, although the right and obligation may be otherwise extinguished. See Napier, 635.
    b.  The right of blood itself never prescribes; and therefore a man may be served heir to his father or grand-father after 100 years, being debarred by no time, "nam jura sanguinis nullo iure civili dirimi possunt." Institutes of the Law of Scotland, Works, vol . II . p. 322
    c.  Blood Card: Scientific Conclusive Evidence ancestry
    d.  Bible Record: House of Yisra'el Children of The Promise
    e.  Birth Certificate / Title to Registered Vessel

2.  Ancestral Autochthon American Negro Indian Political Office Found
    a.  Proclamation Indian Office Found
    b.  Definition Public Enemy
    c.  BBYW Holdings LLC federal government entity
    d.  Discovery Definition
    e.  Vessel Registration Law of Nations
    f.  All penalties which shall accrue under title 28 of the Revised Statutes shall be sued for and recovered in an action in the nature of an action of debt, in the name of the United States, before any court having jurisdiction of the same, in any State or Territory in which the defendant shall be arrested or found, the one half to the use of the informer and the other half to the use of the United States, except when the prosecution shall be first instituted on behalf of the United States, in which case the whole shall be to their use. R.S. 2124

3.  Ancestral Autochthon American Negro Indian Bona Fide Encumbrance Lien 1492
    a.  Rebut Doctrine of Discovery - Yolo County Book: 20210011 Page: 061
    b.  Influencing, impeding, or retaliating against a Federal official by threatening or injuring a family member. Pub. L. 98–473, title II, § 1008(a), Oct. 12, 1984, 98 Stat. 2140; amended Pub. L. 99–646, §§ 37(a), 60, Nov. 10, 1986, 100 Stat. 3599, 3613; Pub. L. 100–690, title VI, § 6487(f)[b], Nov. 18, 1988, 102 Stat. 4386; Pub. L. 101–647, title XXXV, § 3508, Nov. 29, 1990, 104 Stat. 4922; Pub. L. 101–650, title III, § 321, Dec. 1, 1990, 104 Stat. 5117; Pub. L. 103–322, title XXXIII, §§ 330016(2)(C), 330021(1), Sept. 13, 1994, 108 Stat. 2148, 2150; Pub. L. 104–132, title VII, §§ 723(a), 727(b), Apr. 24, 1996, 110 Stat. 1300, 1302; Pub. L. 107–

1

273, div. B, title IV, § 4002(b)(9), div. C, title I, § 11008(c), Nov. 2, 2002, 116 Stat. 1808, 1818; Pub. L. 110–177, title II, § 208(a), Jan. 7, 2008, 121 Stat. 2538; Pub. L. 117–59, § 3(2), Nov. 18, 2021, 135 Stat. 1469

c. Pub. L. 103–322, title XXXII, § 320910(a), Sept. 13, 1994, 108 Stat. 2127 the term "official representation" means any representation made by a Federal law enforcement officer (as defined in section 115)

d. Pub. L. 87–849, § 1(e), Oct. 23, 1962, 76 Stat. 1125 Void and Rescind Authority head of any department or agency involved, may declare void and rescind

e. Ex. Ord. No. 12448. Exercise of Authority to provide federal agencies with the authority to promulgate regulations for voiding or rescinding contracts or other benefits obtained through bribery, graft or conflict of interest, it is hereby ordered…

f. Adverse use of the dominant and servient estates without express consent by lease or license.…" (Felgenhauer v. Soni (2004) 121 Cal.App.4th 445, 450, 17 Cal.Rptr.3d 135 (Felgenhauer).)

4. Ancestral Autochthon American Negro Indian rejection 13th, 14th, 15th Amendment conferred citizenship

a. Dred Scott Case vs Sanford

i. The clause in the Constitution authorising Congress to make all needful rules and regulations for the government of the territory and other property of the United States, applies only to territory within the chartered limits of some one of the States when they were colonies of Great Britain, and which was surrendered by the British Government to the old Confederation of the States, in the treaty of peace. It does not apply to territory acquired by the present Federal Government, by treaty or conquest, from a foreign nation. The case of the American and Ocean Insurance Companies v. Canter (1 Peters, 511) referred to and examined, showing that the decision in this case is not in conflict with that opinion, and that the court did not, in the case referred to, decide upon the construction of the clause of the Constitution above mentioned, because the case before them did not make it necessary to decide the question.

ii. The United States, under the present Constitution, cannot acquire territory to be held as a colony to be governed at its will and pleasure. But it may acquire territory which, at the time, has not a population that fits it to become a State, and still govern it as a Territory until it has a population which, in the judgment of Congress, entitles it to be admitted as a State of the Union.

iii. The territory thus acquired, is acquired by the people of the United States for their common and equal benefit, through their agent and trustee, the Federal Government. Congress can exercise no power over the rights of persons or property of a citizen in the Territory which is prohibited by the Constitution. The Government and the citizen, whenever the Territory is

2

open to settlement, both enter it with their respective rights defined and limited by the Constitution.

iv.  The only matter in issue before the court, therefore, is, whether the descendants of such slaves, when they shall be emancipated, or who are born of parents who had become free before their birth, are citizens of a State, in the sense in which the word citizen is used in the Constitution of the United States. And this being the only matter in dispute on the pleadings, the court must be understood as speaking in this opinion of that class only, that is, of those persons who are the descendants of Africans who were imported into this country, and sold as slaves.

v.  The situation of this population was altogether unlike that of the Indian race. The latter, it is true, formed no part of the colonial communities, and never amalgamated with them in social connections or in government. But although they were uncivilized, they were yet a free and independent people, a sociated together in nations or tribes, and governed by their own laws. Many of these political communities were situated in territories to which the white race claimed the ultimate right of dominion. But that claim was acknowledged to be subject to the right of the Indians to occupy it as long as they thought proper, and neither the English nor colonial Governments claimed or exercised any dominion over the tribe or nation by whom it was occupied, nor claimed the right to the possession of the territory, until the tribe or nation consented to cede it. These Indian Governments were regarded and treated as foreign Governments, as much so as if an ocean had separated the red man from the white; and their freedom has constantly been acknowledged, from the time of the first emigration to the English colonies to the present day, by the different Governments which succeeded each other. Treaties have beeen negotiated with them, and their alliance sought for in war; and the people who compose these Indian political communities have always been treated as foreigners not living under our Government. It is true that the course of events has brought the Indian tribes within the limits of the United States under subjection to the white race; and it has been found necessary, for their sake as well as our own, to regard them as in a state of pupilage, and to legislate to a certain extent over them and the territory they occupy. But they may, without doubt, like the subjects of any other foreign Government, be naturalized by the authority of Congress, and become citizens of a State, and of the United States; and if an individual should leave his nation or tribe, and take up his abode among the white population, he would be entitled to all the rights and privileges which would belong to an emigrant from any other foreign people.

b.  Iroquois Constitution – Great Law of Peace

5. Ancestral Autochthon American Negro Indian House of Yisra'el Children of Promise protected status.
   a. genesis chapter twenty five verses two and nine; chapter twenty on verse twelve.
   b. Public Law 97-280 Bible recognized as the Word of God

6. Ancestral Autochthon American Negro Indian Immunities - Internationally Protected Manumitted persons and property; federal law enforcement officer
   a. An Act for the Protection of Persons Formerly Held to Labor or Service in the District of Columbia
   b. Theft of ancestral land in contempt against R.S. 2126.
   c. No Consent to Public Appropriations to Dominant and Servient Estate
   d. All penalties which shall accrue under title 28 of the Revised Statutes shall be sued for and recovered in an action in the nature of an action of debt, in the name of the United States, before any court having jurisdiction of the same, in any State or Territory in which the defendant shall be arrested or found, the one half to the use of the informer and the other half to the use of the United States, except when the prosecution shall be first instituted on behalf of the United States, in which case the whole shall be to their use. R.S.2421
   e. It shall be unlawful for any person to induce any Indian to execute any contract, deed, mortgage, or other instrument purporting to convey any land or any interest therein held by the United States in trust for such Indian, or to offer any such contract, deed, mortgage, or other instrument for record in the office of any recorder of deeds. Any person violating this provision shall be deemed guilty of a misdemeanor, and upon conviction shall be punished by a fine not exceeding $500 for the first offense, and if convicted for a second offense may be punished by a fine not exceeding $500 or imprisonment not exceeding one year, or by both such fine and imprisonment, in the discretion of the court. This section shall not apply to any lease or other contract authorized by law to be made. June 25, 1910, ch. 431, § 5, 36 Stat. 857.)

7. Ancestral Autochthon American Negro Indian united States federal department head
8. Ancestral Autochthon American Negro Indian united States military department head
9. Ancestral Autochthon American Negro Indian united States agency head
10. Ancestral Autochthon American Negro Indian united States Army claims officer
11. Ancestral Autochthon American Negro Indian united States Senior judge advocate
12. Ancestral Autochthon American Negro Indian united States Commander in Chief Naval united States Flag War Cutter
    a. Comptroller Supreme Court Case
    b. Self-Designation / Appointment
13. Ancestral Autochthon American Negro Indian is not subject to classification as public enemy
    a. Definition Public Enemy
    b. Definition Citizen

4

    c. Definition 13th Amendment / 14th Amendment / 15th Amendment Conferred Citizenship
    d. Just War Definition
    e. Civil War - Definition

14. Autochthon American Negro Indian is not subject to taxation, levy, seizure, forfeiture, or charge
    a. Definition Indian
    b. Definition Public Enemy

15. Autochthon American Negro Indian subject to genocide by claims of unjust belligerent occupation
    a. Definition Discovery
    b. Definition War
    c. Letter Trump to Gov Newsome
    d. Peter Burnett
    e. This is not an Indian war but a negro war
    f. Case for the Negro Family Department of Labor
    g. Apology for lynching – Emit Till Act
    h. Apology for Slavery
    i. Apology for genocide – Newsome
    j. Rebut Doctrine of Discovery
    k. Harper's Magazine estimated that the total of reparations due was about "$97 trillion, based on 222,505,049 hours of forced labor between 1619 and 1865
    l. Arkansas One Drop Rule
    m. Walter Plecker

# EXHIBIT (A)



**Retrieval Step 6 of 7** › Login › CSR › Root Chain › Download Certificate › Authenticate App › **Certificate Information** › Done

# Let's Verify the Information in Your Certificate

The contents of your certificate are presented below. You are responsible for reviewing the certificate information for accuracy. IdenTrust records the act of digital certificate acceptance.

Notify IdenTrust immediately of any errors, defects or any other problems with your certificate at 1-888-248-4447. If you do not, you will be deemed to have accepted it. Click **"Next"** below, after you have reviewed your certificate information.

## Digital Certificate Information

```
SUBJECT INFORMATION:
Common Name: www.sbywholdings.com
Organization Name: U.S. Government
Organization Unit: ECA
Organization Unit: IdenTrust
Organization Unit: SBYL HOLDINGS LLC
Country Name: US

ISSUER INFORMATION:
Common Name: IdenTrust ECA Component S23
```



NEXT ›

### Customer Support

- Support@IdenTrust.com
- 888 339 8904
  (within the US)
- 801 384 3473
  (outside the US)
- Hours: M-F, 5am-5pm MST

CERTIFIED COPY

RECORDING REQUESTED BY:

Yolanda Lewis

WHEN RECORDED RETURN TO:

House of YHWH
3810 Broadway
Sacramento Ca
95817

**2021-0017062**

Yolo County Clerk/Recorder
Jesse Salinas
Thursday, Apr 29, 2021 10:26:26 AM

| | |
|---|---|
| Titles: 1 | Pages: 6 |
| Fees: | $29.00 |
| CA SB2 Fee: | $0.00 |
| Taxes: | $0.00 |
| Total: | $29.00 |

YOLANDA LEWIS

\*FROM THIS POINT AND ABOVE IS FOR RECORDERS

Articles of Organization w/Exhibit Attachments
Document Title

6

From The Office Of: Pleno Jure Autochthonous Minister,
Guarantor to Estate Thrift Fund
c/o: House of YHWH Yisrael Estate Thrift Funds L.L.C. -
3810 Broadway California 95817
Calif. SOS Certificate: 202110312 Verification:S734HR Sacramento
County,  Book: 20210312 Page 513 Pink Sheet Receipt 000871761

Notice Date: APRI 20, 2021

To:  The Office Of:  The United States Bankruptcy Trustee Et Al

# Take Judicial Notice
### REVOCATION OF GUARANTOR SHIP AND
### REVOCATION OF DE FACTO PERSON

In the Matter of Estate Thrift Fund Pillage and Embezzlement of Funds through the Exempt Federal
Awarding Agency Social Security Account Number, depriving Full Faith and Credit, Authenticity of
Indemnification powers granted for every transaction; and give notice to revocation of every de facto
person annexed to the Living Trust Estate.

To Every Bankruptcy Trustee and Agent of the de facto United States:

We Authochthonous heirs with life, do not consent to being charged for any secondary debt obligation of men, who fail to perform, and decree our dominion in our Father's kingdom on earth. We the absolute guarantors to the United States, revoke guarantor ship for every account, debt, or charge against, and give notice to rescission from foreign Judicial Jurisdiction, and signatures in every de facto matter related to the living Trust Estate, revoking every de facto person, and invoke the right to subrogation. Payable to the Order of the principal; and issue bona fide encumbrance against every possession of the autochthonous stolen property, this 20th Day April, 2021 and retroactive to October 12, 1492.

**PROOF OF**
**AUTOCHTHONOUS LIFE**



Date: APRIL 29 2021

Pleno Jure Autochthon Minister, Guarantor

IN THE MATTER OF PUBLIC LAW 97-280—OCT. 4, 1982
EQUITY TRIAL BY CERTIFICATE HOLDER PROCEEDING.
IRREBUTTABLE AS MATTER OF SUBSTANTIVE LAW.

Witness in Heaven By:
The Father
The Holy Spirit
The Word

Witness on Earth By:
The Blood
The Spirit
The Blood

If we receive the witness of men, the witness of God is greater: for this is the witness of God which he
hath testified of his Son. first john v, nine

5

## ADR UNITED STATES NOTE

$ 125,000,000.00                                SACRAMENTO COUNTY, 29TH OF APRIL, 2021

 Two Days, after sight, for value received, House of YHWH Yisrael Estate Thrift Funds
L.L.C. promise the sum payable to the order of ONE REPUBLIC TITLE COMPANY in the
amount of One Hundred Twenty Five Million USN dollars with interest thereon from date
at rate of six percent (6%) annum, interest payable semiannually, and if interest is
not paid semiannually, to become as principal and bear the same rate of interest.


Payable for credit to the U.S. Treasury

                                                Managing Member, Equity Darling

     Federal Awarding Agency and National Trading Partner No.13442271770234


## POWER OF ATTORNEY/ASSIGNMENT

For Value received (125,000,000), receipt of which is hereby acknowledged, that Yolanda Lewis. (PAYEE), hereby sell, assign and transfer unto **ONE REPUBLIC TITLE COMPANY** out of the Federal Reserve Bank City of SAN FRANCISCO (DRAWEE), that is to Discount Commercial Paper, from shares out of human capital stock certificates within the State of California, standing in **House of YHWH Yisrael Estate Thrift Funds L.L.C.** (S734HR), Indenture Trustee (DRAWER) on the books (20210312) within Sacramento County (page 513), represented herewith, and do hereby irrevocably appoint One Republic Title Company's CFO, or Attorney of fiscal agent banks to transfer the said certificate of beneficial interest share fund or participation, and other items, that are issued in the future through bill of exchange trade acceptance credit or note security interest, that are to be placed on the books of the within named House of YHWH Yisrael Estate Thrift Funds L.L.C. Managing Member, CIK (0001750462) with full power of substitution in the National Creditor Trading Partner Registry Number 13442271770234, out of the Treasury premises, through this Power of Attorney or Assignment.

"I **Yolanda Lewis the underwriter, Subscribed and Affirmed Before GOD** under penalty of perjury under the laws of the **United States of America** that the foregoing is true and correct. Executed on 29th day of April, of 2021.

United States Federal Corporation

Yolanda. Lewis FTC Federal Awarding Agency
National Trading Partner No. 13442271770234


END OF DOCUMENT                                    6



# AFFIDAVIT

**Invoice #:** A40039556
**Account #:** A40000317
**Invoice Date:** 3/15/2022

**BILL TO:**
YOLANDA LEWIS
House of YHWH Yisrael Estate Thrift Funds L.L.C.
3810 Broadway
SACRAMENTO, CA  95817

**ADVERTISER:**

**PUBLICATION:**  Daily Pacific Builder Request for Bid

STATE OF CALIFORNIA
COUNTY OF SAN FRANCISCO

I, CYNTHIA SERRANO, OF THE COUNTY OF MERCER, STATE OF NEW JERSEY, HAVING DULY BEEN SWORN, DEPOSES AND SAYS:
I AM NOW AND AT ALL TIMES HEREINAFTER MENTIONED A CITIZEN OF THE UNITED STATES OF AMERICA, OVER TWENTY-ONE YEARS OF AGE, AND COMPETENT TO BE A WITNESS ON THE HEARING OF THE MATTERS MENTIONED IN THE ANNEXED PRINTED COPY NOTICE HERINAFTER SET FORTH; I HAVE NO INTEREST WHATSOEVER IN ANY OF THE SAID MATTERS; I AM NOW AND DURING ALL TIIMES EMBRACED IN THE PUBLICATION HEREIN MENTIONED AS A CLERK OF THE NEWSPAPER, A NEWSPAPER OF GENERAL CIRCULATION PRINTED AND PUBLISHED IN SAID COUNTY; AS CLERK DURING ALL TIMES MENTIONED IN THE AFFIDAVIT I HAVE HAD AND STILL HAVE CHARGE OF ALL ADVERTISEMENT AND NOTICES PUBLISHED IN SAID NEWSPAPER; THAT SAID LEGAL NOTICE OF WHICH THE ANNEXED IS A TRUE PRODUCTION COPY OF THE PRINTED PAGE IN WHICH THE ADVERTISEMENT WAS PUBLISHED IN THE ABOVE NAMED NEWSPAPER ON THE FOLLOWING DAYS TO WIT:

03/11/22,03/14/22,03/15/22; LEGAL NOTICE-FOR, MULTIPLE DOMINANT TENEMENTS CONSTRUCTIVE NOTICES

I CERTIFY (OR DECLARE) UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

SIGNED,

*Cynthia Serrano*

CLERK

**16** Daily Pacific Builder   Tuesday, March 15, 2022          Get online access to *PLANS, SPECS & MORE!* Call 800-393-6343



**LEGAL NOTICE**
**LAND TITLE DEED**
**IDENTITY RECORDS**
**DOMINANT TENEMENTS**
**CONSTRUCTIVE NOTICE**

Permanent Injunction to Prevent Public Use and Appropriation of American Indigenous Autochthon (Indian) Lands or Wages from Migrant Farmers

Pursuant to Leg. H 1872
Amended by Stats. 1971, Ch. 941
**Parcel Numbers:**
Dominant Estate 139-85-03595
**Servient Estate:**
xxx-xx-REDACTED Floating Easement

**Grantor:** STATE OF SOUTH CAROLINA
**Grantee:** Davis, Wilson-Maurice

**LAND DESCRIPTION:**
The land described as we the tribal people wilson and maurice
**Land Classification:** American Autochthon Indigenous, one with the soil
**Easement Type:** Appurtenant
**Parish:** Morocco
**Indigenous Farm / Reservation Name:** WILSON MAURICE DAVIS
**Indigenous Migrant Farmer:** wilson-maurice
**Perfected Priority Farm Lien:** Bona Fide Encumbrance effective September 17, 1985

**Parcel Numbers:**
Dominant Estate 67-209407
**Servient Estate:**
xxx-xx-REDACTED Floating Easement
**Easement Type:** Non Exclusive Floating
**Grantor:** STATE OF CALIFORNIA
**Grantee:** Lewis, Yolanda

**LAND DESCRIPTION:**
The land described as we the tribal people yolanda and yisra'el
**Land Classification:**
American Autochthon Indigenous, one with the soil
**Easement Type:** Appurtenant
**Indigenous Farm /Reservation Name:** YOLANDA LEWIS
**Indigenous Migrant Farmer:** yolanda-yisra'el
**Perfected Priority Farm Lien:** Bona Fide Encumbrance effective August 3, 1967

**Parcel Numbers:**
Dominant Estate 142-54-198404
**Servient Estate:** xxx-xx-REDACTED
**Grantor:** STATE OF TEXAS
**Grantee:** Woodruff, Kevin-Paul

**LAND DESCRIPTION:**
The land described as we the tribal people kevin and paul
**Land Classification:** American Autochthon Indigenous, one with the soil
**Indigenous Farm /Reservation Name:** KEVIN PAUL WOODRUFF
**Migrant Farmer:** wahag tahtatan bey
**Perfected Priority Farm Lien:** Bona Fide Encumbrance effective November 27, 1954

**Parcel Numbers:**
Dominant Estate 119-1952-453-02918
**Servient Estate:** xxx-xx-REDACTED

**Grantor:** STATE OF LOUISIANA
**Grantee:** Neal, Ralph-Bendel

**LAND DESCRIPTION:**
The land described as we the tribal people ralph and bendel
**Land Classification:** American Autochthon Indigenous, one with the soil
**Indigenous Farm / Reservation Name:** RALPH BENDEL NEAL
**Migrant Farmer:** ralph-bendel yisra'el
**Perfected Priority Farm Lien:** Bona Fide Encumbrance effective December 28, 1952

**Parcel Numbers:**
Dominant Estate
**Servient Estate:** xxx-xx-REDACTED

**Grantor:** STATE OF CALIFORNIA
**Grantee:** Cunningham, Jocelyn-Lynette

**LAND DESCRIPTION:**
The land described as we the tribal people jocelyn and lynette
**Land Classification:** American Autochthon Indigenous, one with the soil
**Indigenous Farm / Reservation Name:** JOCELYN LYNETTE CUNNINGHAM
**Migrant Farmer:** jocelyn-lynette
**Perfected Priority Farm Lien:** Bona Fide Encumbrance effective March 27, 1969

**Parcel Numbers:**
Dominant Estate 119-1945-547-00975
**Servient Estate:** xxx-xx-REDACTED

**Grantor:** STATE OF LOUISIANA
**Grantee:** Neal, Maggie-Lee

**LAND DESCRIPTION:**
The land described as we the tribal people maggie and lee
**Land Classification:** American Autochthon Indigenous, one with the soil
**Indigenous Farm / Reservation Name:** MAGGIE LEE CUNNINGHAM
**Migrant Farmer:** maggie-lee
**Perfected Priority Farm Lien:** Bona Fide Encumbrance effective February 10, 1945

**Parcel Numbers:**
Dominant Estate SEE www.americanautochthon.org/parcel
**Servient Estate:** SEE www.americanautochthon.org/parcel

**Grantor:** SEE www.americanautochthon.org/parcel
**Grantee:** SEE www.americanautochthon.org/parcel

**LAND DESCRIPTION:**
The land described as we the tribal people
**Land Classification:** American Autochthon Indigenous, one with the soil
**Indigenous Farm / Reservation Name:** SEE www.americanautochthon.org/parcel
**Migrant Farmer:** SEE www.americanautochthon.org/parcel
**Perfected Priority Farm Lien:** Bona Fide Encumbrance SEE www.americanautochthon.org/parcel

No right is granted for the public or any person to make any use whatsoever of the described land, or property of the migrant farmer not limited to DNA, body and farm wage produce from labor or any portion thereof. BBYW Holdings LLC for The League of American Autochthon Heirs,

Tribal Nation pursuant to executory contract.

Use of the farm lands or employment of the migrant farmer requires tribal court order. No authorization is allowed for any dedicated public use or any prescriptive right in such land, wages, security interest or any portion thereof.

Benefits and burdens that run with the land are "appurtenant" to BBYW Holdings LLC for The League of American Autochthon Heirs. Tribal Nation benefits and burdens which cannot be assigned (transferred) or delegated to others, they remain with the tribal nation to the estates.

It is unlawful for any person to induce any Indian to execute any contract, deed, mortgage, or other instrument purporting to convey any land or any interest therein held by the United States in trust for such Indian, for to offer any such contract, deed, mortgage, or other instrument for record in the office of any recorder of deeds. June 25, 1910, ch. 431, § 5, 36 Stat. 857.

Every claim actually and physically presented by a demand of some matter as of right made by any person upon the Tribal Heirs Land Parcels, to do or to forbear to do some act or thing as a matter of duty." constitutes a false claim made to the government.

We the tribal people's Land Parcel Number used in the commission of bribery in order to obtain payment or approval of a "claim upon or against" we the tribal people, is a bribe against the we, we the tribal people government's own liability to the claimant.

**ACTUAL NOTICE**
Execution of this private writing instrument instrument by qualified signature subscription is complete upon delivery to designated receipt. California Evidence §1933

The property and interest conveyed to grantees named herein holds exclusive tribal blood rite ownership interest to the parcels identified, based on indigenous ancestral prior possession, no other may hold nor possess indigenous tribal land or indigenous property.

**Conclusive Presumptions**
Grantees identified herein being holder in due course to real property conveyed to the dominant and servient estates herein listed conclusively identities; Each U.S. Flag Carrier Vessel Charter; Each Commissioned United States USPHSC Warrant Officer's Commission; Each Migrant Farmer; Each Migrant Farm; and evidences Active Duty Status through U.S.P.H.S. through the Office of the Surgeon General by Health and Human Services and Vital Statistics.

*Leg. H 1872 codified at (California Civil Code §809)*
When a defendant, against whom such action has been brought, is adjudged guilty of usurping or intruding into, or unlawfully holding any office, franchise, or privilege, judgment must be rendered that such defendant be excluded from the office, franchise, or privilege, and that he pay the costs of the action. The Court may also, in its discretion, impose upon the defendant a fine not exceeding five thousand dollars, which find, when collected, must be paid into the Treasury of the State.



*Leg. H 1872 codified at (California Civil Code §809)*
The action provided for in this chapter may be maintained by the legislative body of BBYW Holdings LLC, or Thoroughbred LLC, municipal foreign corporations pursuant to recordation of Articles of Organization to Sacramento County Recorder and pursuant to California Limited Liability Company Act, authorized to act as a single entity (legally a person) and recognized as such in law, against every person who usurps, intrudes into or unlawfully holds or exercises any franchise, or portion thereof, within the respective territorial limits of Tax Exempt Obligations of the United States (18 USC 8) is sued through BBYW Holdings LLC or Thoroughbred LLC International Protectorates pursuant to CFR 31.3124 for Indigenous, Manumitted, Autochthon Indian Heirs on behalf of The League of American Autochthon Heirs, Tribal Nation who have been subjected to genocide by illegal belligerent occupation and executed by foreign unregistered agents pillaging without military necessity.

*Leg. H 1872 codified at (California Civil Code §809)*
When several persons claim to be entitled to the same office or franchise, one action may be brought against all such persons, in order to try their respective rights to such office or franchise.

*Leg. H 1872 codified at (California Civil Code §809)*
When a defendant, against whom such action has been brought, is adjudged guilty of usurping or intruding into, or unlawfully holding any office, franchise, or privilege, judgment must be rendered that such defendant be excluded from the office, franchise, or privilege, and that he pay the costs of the action, BBYW Holdings LLC, or Thoroughbred LLC may also, in its discretion, impose upon the defendant a fine.

Every obligation delivered up to the Estate as a debtor is presumed to have been paid California Evidence Code §633.

The possession of any property related to the Dominant or Servient Estates identified herein constitutes felony possession of a manumitted person, and or property and subject to 5 to 20 years penitentiary confinement. "An act for the release of persons formerly held to labor or service in the district of columbia, 1862".

Aggravated identity felony charge assess to every person in the possession of Indigenous American Autochthon (Indian) Heir's property, in addition to felony kidnap, trafficking and murder of a manumitted person by color of authority civil law.

Take notice that pursuant to California Penal Code 837, a private civilian is authorized to make an arrest for public offenses committed or attempted in their presence, when the person arrested has committed a felony, although not her presence, and when a felony has been in fact committed, and she has reasonable cause for believing the person arrested to have committed it.

Published: March 11, 14 & 15, 2022

# EXHIBIT (B)



UNITED STATES DEPARTMENT OF JUSTICE

# ENVIRONMENT & NATURAL RESOURCES DIVISION

**Representing the
United States in**

Enforcing, Prosecuting and
Defending Environmental and
Natural Resources Laws, Federal
Agency Programs and Actions





A MESSAGE FROM THE
ASSISTANT ATTORNEY GENERAL

 Every American deserves access to clean air, water and land as well as freedom from the harmful effects of pollution and toxic waste. To that end, the Environment and Natural Resources Division is dedicated to enforcing the Nation's civil and criminal environmental and natural resources laws. We also represent the United States in court in matters concerning the stewardship of our public lands and natural resources and litigate cases concerning tribal rights and resources.

The Environment and Natural Resources Division is a core litigating component of the U.S. Department of Justice. Founded more than a century ago, it has built a distinguished record of legal excellence. The Division currently is organized into nine litigating sections (Appellate; Environmental Crimes; Environmental Defense; Environmental Enforcement; Indian Resources; Land Acquisition; Law and Policy; Natural Resources; and Wildlife and Marine Resources), and an Executive Office that provides administrative support.

Our work furthers the Department of Justice's strategic goals to prevent crime and enforce federal laws, defend the interests of the United States, promote national security, and ensure the fair administration of justice at the federal, state, local and tribal levels. Most importantly, the Division's efforts result in significant public health and other direct benefits to the American people through the reduction of pollution across the Nation and the protection of important natural resources.

The Environment and Natural Resources Division also has been ranked first for three straight years among all agency subcomponents as the Best Place to Work in the Federal Government by the Partnership for Public Service. This is due in no small part to the varied, challenging, and important work that we do in the Division, but also to the collegiality, expertise, dedication and professionalism of the Division's employees.

Ignacia S. Moreno
Assistant Attorney General

Page 4



# In Brief

### The Division

The Environment and Natural Resources Division (ENRD) of the Department of Justice handles environmental and natural resources litigation on behalf of the United States.

### Why Apply?

**Impact** - Make a difference! We are the largest environmental law firm in the country, and we work on issues of nationwide importance every day.

**Challenging Experiences from Day One** - New attorneys are given responsibility for their own cases, and most will have an opportunity to make court appearances within a few months of their arrival.

**Growth** - Learn something new. We offer professional development opportunities, including quality training programs in advocacy, federal practice, litigation, information technology and management.

**Great People to Work With** - Our employees come from diverse backgrounds but have a common goal - working in a collegial environment to ensure a healthy environment for our Nation.

**Service to America** - We are fortunate to live in one of the greatest countries in the world. Your service will help to ensure that American citizens enjoy a safe environment now and in the future.

**Wonderful Benefits** - Federal service offers many benefits.





Page 5

# MISSION

**THE DIVISION'S MISSION IS TO:**

- Enforce the Nation's environmental laws to ensure clean air, water and land for all Americans;

- Prosecute criminal cases under federal pollution and wildlife laws;

- Defend environmental and natural resources laws and federal agency programs and actions;

- Litigate cases under statutes providing for the management of public lands and natural and cultural resources;

- Litigate cases to protect the rights of Indians under treaties, acts of Congress, and Executive Orders, and defend the United States in claims brought by Indians;

- Prosecute eminent domain proceedings to acquire land on behalf of the United States for authorized public purposes;

- Conduct the Division's appellate litigation in federal circuit courts of appeals and state appellate tribunals, and assist the Office of the Solicitor General with appeals to the United States Supreme Court; and

- Advise the Attorney General, Congress, the Office of Management and Budget and the White House on matters of environmental and natural resources law.

**EXHIBIT (C)**

6



**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY**

WASHINGTON, D.C.  20460

September 26, 2019

THE ADMINISTRATOR

The Honorable Gavin C. Newsom
1303 10th Street, Suite 1173
Sacramento, California  95814

Dear Governor Newsom:

The U.S. Environmental Protection Agency and California Environmental Protection Agency are responsible for working together to protect public health and the environment in your state. As a result of the authorization of state laws and the delegation of federal authority, California administers and implements the federal *Clean Water Act* and *Safe Drinking Water Act* among other federal programs.[1] Congress designed these statutory frameworks for the states to take the lead role in implementation, with the EPA overseeing state actions.

Based on data and reports, the EPA is concerned that California's implementation of federal environmental laws is failing to meet its obligations required under delegated federal programs. The cost of this failure will be paid by those Californians exposed to unhealthy air and degraded water. The purpose of this letter is to outline the deficiencies that have led to significant public health concerns in California and to outline steps the state must take to address them. To ensure that appropriate steps are being taken to protect Californians, the EPA would like a remedial plan from the state detailing the steps it is taking to address the issues raised below.

The EPA is aware of the growing homelessness crisis developing in major California cities, including Los Angeles and San Francisco, and the impact of this crisis on the environment. Indeed, press reports indicate that "piles of human feces" on sidewalks and streets in these cities are becoming all too common.[2] The EPA is concerned about the potential water quality impacts from pathogens and other contaminants from untreated human waste entering nearby waters.[3] San

---

[1] The EPA first authorized California's base *Clean Water Act* program in 1973. The EPA subsequently approved the state to regulate discharges from federal facilities in 1978, administer the pretreatment program in 1989 and issue general permits in 1989. California also has received primacy to exercise *Safe Drinking Water Act* responsibilities in the state.

[2] *See, e.g.*, Raphelson, Samantha. "San Francisco Squalor: City Streets Strewn With Trash, Needles And Human Feces. NPR (Aug. 1, 2018) *available at* https://www.npr.org/2018/08/01/634626538/san-francisco-squalor-city-streets-strewn-with-trash-needles-and-human-feces (last accessed Sept. 22, 2019).

[3] Human waste from homeless populations is a recognized source of bacteria in water bodies. *See* American Society of Civil Engineers, "Pathogens in Urban Stormwater Systems" (Aug. 2014); "The California Microbial Source Identification Manual: A Tiered Approach to Identifying Fecal Pollution Sources to Beaches" (Dec. 2013); Tools for Tracking Human Fecal Pollution in Urban Storm Drains, Streams, and Beaches (Sept. 2012). These reports are

Francisco, Los Angeles and the state do not appear to be acting with urgency to mitigate the risks to human health and the environment that may result from the homelessness crisis. California is responsible for implementing appropriate municipal storm water management and waste treatment requirements as part of its assumed federal program. The state is failing to properly implement these programs.

San Francisco is also one of the few major cities with sewers that combine stormwater and sewage flows that is not under a federal consent decree to meet the requirements of federal law. The EPA is committed to helping the state address this problem. In fact, the EPA provided the San Francisco Public Utility Commission a loan of $699 million under favorable terms pursuant to authority under the *Water Infrastructure Finance and Innovation Act* in July 2018 for biosolid digestors and other related projects. However, these projects will not bring the city into compliance. San Francisco must invest billions of dollars to modernize its sewer system to meet CWA standards, avoid dumping untreated and partially treated sewage into the San Francisco Bay and Pacific Ocean where it can wash up on beaches and keep raw sewage inside pipes instead of in homes and businesses.

Even more troubling is the City of San Francisco's years-long practice – allowed by CalEPA – of routinely discharging more than one billion gallons of combined sewage and stormwater into San Francisco Bay and the Pacific Ocean on an annual basis. The CWA requires municipal sewage be treated to certain levels and to meet water quality standards. Nonetheless, although San Francisco's combined sewer outfalls discharge to sensitive waters, these discharges do not receive biological treatment. Instead, San Francisco's combined sewer overflows are designed to remove floatables and settleable solids only and do not always achieve even that low level of treatment. These discharges may be contributing to the state's failure to meet water quality standards. By failing to maintain its sewer infrastructure, the city allowed raw sewage to back up into homes and businesses.

Overall, significant deficiencies are present, and the state has not acted with a sense of urgency to abate this public health and environmental problem. Among the other issues identified, the state's years-long approval of the discharges referenced above under its authorized CWA program raises serious questions as to whether it is administering a program consistent with federal law.[4] The city's practices endanger public health, and the EPA is prepared to take the necessary steps to ensure CWA compliance. Given the magnitude of the issues, I have asked EPA staff to consider all options available to bring the city into compliance.

The state's lack of action in response to the homelessness crisis and San Francisco's discharges of inadequately treated sewage prompted the EPA to review other programs

---

available on the website for the San Francisco Bay Beaches Bacteria TMDL *available at* https://www.waterboards.ca.gov/sanfranciscobay/water_issues/programs/TMDLs/SFbaybeachesbacteria.html (last accessed September 22, 2019).

[4] The EPA's current data also indicates that 15 major Publicly Owned Treatment Works are in significant noncompliance and 11 non-major POTWs are currently in significant noncompliance. These data are publicly available. *See* U.S. EPA, Enforcement and Compliance History Online water facility public search tool (https://echo.epa.gov/facilities/facility-search?mediaSelected=cwa).

administered by CalEPA for similar concerns. What we discovered after a preliminary review suggests the need for more formal and in-depth EPA oversight. For example, we are aware of numerous exceedances of state-issued National Pollutant Discharge Elimination System permits under section 402 of the CWA. Just in this past quarter, we identified 23 significant instances of discharges into waters of the United States in exceedance of permit limits. By way of example, the City of Los Angeles exceeded its permit limit for Indeno[1,2,3-cd]pyrene (a contaminant which is reasonably anticipated to be a human carcinogen) by 442 percent; the University of Southern California exceeded its permit limit for copper (a metal which can adversely affect human health and the health of aquatic life) by 420 percent; and Sanitary District Number 5 of Marin County exceeded its permit limit for total cyanide by 5,194 percent. These are serious matters that warrant a strong review by California.

California has the resources to address these problems. Apart from the state's significant tax base, California received more than $1.16 billion of federal funds to implement CWA programs just in the last five years, including $253.5 million in FY2018 and $247 million in FY2019. In addition, California received more than $152 million in categorical grants over this time to improve compliance with the CWA.

The EPA also has concerns about CalEPA's administration and oversight of SDWA programs and public water systems within the state. Indeed, we are aware of numerous recent health-based exceedances: in just the most recent reporting quarter of 2019, California had 202 Community Water Systems with 665 health-based exceedances that put the drinking water of nearly 800,000 residents at risk. These exceedances include:

- 67 systems with 194 serious health-based exceedances of arsenic levels, impacting more than 101,000 residents;
- 210 lead action level exceedances in just the most recent 3-year interval at 168 PWSs, impacting more than 10,000 residents;
- two systems with serious Ground Water Rule[5] compliance issues,[6] impacting more than 250,000 residents;
- 44 systems with 154 exceedances of the Stage 1 and 2 disinfection byproduct regulations, impacting almost 255,000 residents; and
- 25 systems with 69 violations of radiological standards, impacting almost 12,000 residents.

These exceedances call into question the state's ability to protect the public and administer its SDWA programs in a manner consistent with federal requirements.

Under this Administration, the EPA stands ready to assist California and CalEPA to protect the health and environment of Californians. However, it is time for the state to act decisively under

---

[5] The 2006 Ground Water Rule is a National Primary Drinking Water Regulation under the SDWA aimed at providing increased protection against microbial pathogens in public water systems that use ground water sources. *See* 71 FR 65574.

[6] These health-based concerns are associated with unaddressed "significant deficiencies" identified via an audit of the system, called a "sanitary survey," and include, for example, an opening through which bacteria could enter a well head that the system has not repaired.

its authorities to address the problems identified in this letter. For each of the delegated or assumed programs discussed in this letter, I request a written response within 30 days outlining in detail how California intends to address the concerns and violations identified herein. This response should include a demonstration that the state has the adequate authority and capability to address these issues and specific anticipated milestones for correcting these problems. I look forward to hearing from you.

Sincerely,

Andrew R. Wheeler

# EXHIBIT (D)

LII > Wex **> admiralty**

# admiralty

Admiralty law (or maritime law) is the body of law that governs navigation and shipping. It includes substantive and procedural law.

Overview:

Topics associated with this field in legal reference works may include: shipping; navigation; waters; commerce; seamen; towage; wharves, piers, and docks; insurance; maritime liens; canals; and recreation. Piracy (ship hijacking) is also an aspect of admiralty.

The courts and Congress seek to create a uniform body of admiralty law both nationally and internationally to facilitate commerce. The federal courts derive their exclusive jurisdiction over this field from the Judiciary Act of 1789 and from Article III, § 2 of the U.S. Constitution. Congress regulates admiralty partially through the Commerce Clause. American admiralty law formerly applied only to American tidal waters. It now extends to any waters navigable within the United States for interstate or foreign commerce. In such waters admiralty jurisdiction includes maritime matters not involving interstate commerce, including recreational boating.

Admiralty law in the United States developed from the British admiralty courts present in most of the American colonies. These courts functioned separately from courts of law and equity. With the Judiciary Act, though, Congress placed admiralty under the jurisdiction of the federal district courts. Although admiralty shares much in common with the civil law, it is separate from it. Common law does not act as binding precedent on admiralty courts, but it and other law may be used when no law on point is available.

Parties subject to admiralty may not contract out of admiralty jurisdiction, and states may not infringe on admiralty jurisdiction either judicially or legislatively. Since admiralty courts, however, are courts of limited jurisdiction (which does not extend to non-maritime matters), 28

USC § 1333(1), the "Savings to Suitors Clause," does provide for concurrent state jurisdiction so that non-admiralty remedies will not be foreclosed. Moreover, state courts may have jurisdiction where the matter is primarily local.

Under admiralty, the ship's flag determines the source of law. For example, a ship flying the American flag in the Persian Gulf would be subject to American admiralty law; and a ship flying a Norwegian flag in American waters would be subject to Norwegian admiralty law. This also applies to criminal law governing the ship's crew. But the ship must be flying the flag legitimately; that is, there must be more than insubstantial contact between the ship and its flag, for the law of the flag to apply. American courts may refuse jurisdiction where it would involve applying the law of another country, although in general international law does seek uniformity in admiralty law.

Just as the Federal Rules of Civil Procedure placed law and equity under the same jurisdiction in 1938, the 1966 rules subsumed admiralty. Nonetheless, the Supplemental Admiralty Rules take precedence over the Federal Rules of Civil Procedure in the event of conflict between the two.

Federal Material

U.S. Constitution and Federal Statutes

- Jurisdiction of Admiralty, Maritime, and Prize Cases - 28 U.S.C. § 1333
- U.S. Coast Guard - 14 U.S.C.
- Navigation and Navigable Waters - 33 U.S.C.
- Shipping - 46 U.S.C.
- CRS Annotated Constitution

Federal Agency Regulations

Code of Federal Regulations:

- 33 C.F.R. - Navigation and Navigable Waters
- 46 C.F.R. - Shipping

Federal Judicial Decisions and Rules

- U.S. Supreme Court: Recent Decisions on Admiralty
- Federal Rules of Civil Procedure

State Material

State Statutes

- State Statutes Dealing with Navigation
- State Judicial Decisions

N.Y. Court of Appeals:

- Decisions on Admiralty
- Commentary from lii bulletin-ny

Appellate Decisions from Other States

International Material

- Law of the Sea Convention
- Institute of Maritime Law, University of Southampton
- Univ. of Capetown

Key Internet Sources

- U.S. Navy
- U.S. Department of Transportation
- U.S. Maritime Administration
- Federal Maritime Commission
- U.S. Coast Guard
- AdmiraltyLaw.com
- The Admiralty & Maritime Law Guide: Marine Insurance
- Senate Committee on Commerce, Science, and Transportation (includes information from Subcommittee on Surface Transportation and Merchant Marine)
- House Committee on Transportation and Infrastructure, Subcommittee on Coast Guard and Maritime Transportation

Blogs:

- Boating Safety Law and News

Category: Business Sectors

[Last updated in June of 2022 by the Wex Definitions Team]

- wex
  - CIVICS
  - international law
  - COMMERCE
  - commercial activities
  - transportation
  - admiralty/maritime
  - business sectors
  - commercial transactions
  - foreign perspective
  - wex articles
  - wex definitions

# EXHIBIT (E)

 NATIONAL ARCHIVES

# Transcription

**An Act for the Release of certain Persons held to Service or Labor in the District of Columbia**

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,* That all persons held to service or labor within the District of Columbia by reason of African descent are hereby discharged and freed of and from all claim to such service or labor; and from and after the passage of this act neither slavery nor involuntary servitude, except for crime, whereof the party shall be duly convicted, shall hereafter exist in said District.

Sec. 2. *And be it further enacted,* That all persons loyal to the United States, holding claims to service or labor against persons discharged therefrom by this act, may, within ninety days from the passage thereof, but not thereafter, present to the commissioners hereinafter mentioned their respective statements or petitions in writing, verified by oath or affirmation, setting forth the names, ages, and personal description of such persons, the manner in which said petitioners acquired such claim, and any facts touching the value thereof, and declaring his allegiance to the Government of the United States, and that he has not borne arms against the United States during the present rebellion, nor in any way given aid or comfort thereto: *Provided,* That the oath of the party to the petition shall not be evidence of the facts therein stated.

Sec. 3. *And be it further enacted,* That the President of the United States, with the advice and consent of the Senate, shall appoint three commissioners, residents of the District of Columbia, any two of whom shall have power to act, who shall receive the petitions above mentioned, and who shall investigate and determine the validity and value of the claims therein presented, as aforesaid, and appraise and apportion, under the proviso hereto annexed, the value in money of the several claims by them found to be valid: *Provided, however,* That the entire sum so appraised and apportioned shall not exceed in the aggregate an amount equal to three hundred dollars for each person shown to have been so held by lawful claim: *And provided, further,* That no claim shall be allowed for any slave or slaves brought into said District after the passage of this act, nor for any slave claimed by any person who has borne arms against the Government of the United States in the present rebellion, or in any way given aid or comfort thereto, or which originates in or by virtue of any transfer heretofore made, or which shall hereafter be made by any person who has in any manner aided or sustained the rebellion against the Government of the United States.

Sec. 4. *And be it further enacted,* That said commissioners shall, within nine months from the passage of this act, make a full and final report of their proceedings, findings, and appraisement, and shall deliver the same to the Secretary of the Treasury, which report shall be deemed and taken to be conclusive in all respects, except as hereinafter provided; and the Secretary of the Treasury shall, with like exception, cause the amounts so apportioned to said claims to be paid from the Treasury of the United States to the parties found by said report to be entitled thereto as aforesaid, and the same shall be received in full and complete compensation: *Provided,* That in cases where petitions may be filed presenting conflicting claims, or setting up liens, said commissioners shall so specify in said report, and payment shall not be made according to the award of said commissioners until a period of sixty days shall have elapsed, during which time any petitioner claiming an interest in the particular amount may file a bill in equity in the Circuit Court of the District of Columbia, making all other claimants defendants thereto, setting forth the proceedings in such case before said commissioners and their actions therein, and praying that the party to whom payment has been awarded may be enjoined form receiving the same; and if said court shall grant such provisional order, a copy thereof may, on motion of said complainant, be served upon the Secretary of the Treasury, who shall thereupon cause the said amount of money to be paid into said court, subject to its orders and final decree, which payment shall be in full and complete compensation, as in other cases.

Sec. 5. *And be it further enacted,* That said commissioners shall hold their sessions in the city of Washington, at such place and times as the President of the United States may direct, of which they shall give due and public notice. They shall have power to subpoena and compel the attendance of witnesses, and to receive testimony and enforce its production, as in civil cases before courts of justice, without the exclusion of any witness on account of color; and they may summon before them the persons making claim to service or labor, and examine them under oath; and they may also, for purposes of identification and appraisement, call before them the persons so claimed. Said commissioners shall appoint a clerk, who shall keep files and [a] complete record of all proceedings before them, who shall have power to administer oaths and affirmations in said proceedings, and who shall issue all lawful process by them ordered. The Marshal of the District of Columbia shall personally, or by deputy, attend upon the sessions of said commissioners, and shall execute the process issued by said clerk.

Sec.6. *And be it further enacted,* That said commissioners shall receive in compensation for their services the sum of two thousand dollars each, to be paid upon the filing of their report; that said clerk shall receive for his services the sum of two hundred dollars per month; that said marshal shall receive such fees as are allowed by law for similar services performed by him in the Circuit Court of the District of Columbia; that the Secretary of the Treasury shall cause all other reasonable expenses of said commission to be audited and allowed, and that said compensation, fees, and expenses shall be paid from the Treasury of the United States.

Sec. 7. *And be it further enacted*, That for the purpose of carrying this act into effect there is hereby appropriated, out of any money in the Treasury not otherwise appropriated, a sum not exceeding one million of dollars.

Sec. 8. *And be it further enacted*, That any person or persons who shall kidnap, or in any manner transport or procure to be taken out of said District, any person or persons discharged and freed by the provisions of this act, or any free person or persons with intent to re-enslave or sell such person or person into slavery, or shall re-enslave any of said freed persons, the person of persons so offending shall be deemed guilty of a felony, and on conviction thereof in any court of competent jurisdiction in said District, shall be imprisoned in the penitentiary not less than five nor more that twenty years.

Sec. 9. *And be it further enacted*, That within twenty days, or within such further time as the commissioners herein provided for shall limit, after the passage of this act, a statement in writing or schedule shall be filed with the clerk of the Circuit court for the District of Columbia, by the several owners or claimants to the services of the persons made free or manumitted by this act, setting forth the names, ages, sex, and particular description of such persons, severally; and the said clerk shall receive and record, in a book by him to be provided and kept for that purpose, the said statements or schedules on receiving fifty cents each therefor, and no claim shall be allowed to any claimant or owner who shall neglect this requirement.

Sec. 10. *And be it further enacted*, That the said clerk and his successors in office shall, from time to time, on demand, and on receiving twenty-five cents therefor, prepare, sign, and deliver to each person made free or manumitted by this act, a certificate under the seal of said court, setting out the name, age, and description of such person, and stating that such person was duly manumitted and set free by this act.

Sec. 11. *And be it further enacted*, That the sum of one hundred thousand dollars, out of any money in the Treasury not otherwise appropriated, is hereby appropriated, to be expended under the direction of the President of the United States, to aid in the colonization and settlement of such free persons of African descent now residing in said District, including those to be liberated by this act, as may desire to emigrate to the Republics of Hayti or Liberia, or such other country beyond the limits of the United States as the President may determine: *Provided*, The expenditure for this purpose shall not exceed one hundred dollars for each emigrant.

Sec. 12. *And be it further enacted*, That all acts of Congress and all laws of the State of Maryland in force in said District, and all ordinances of the cities of Washington and Georgetown, inconsistent with the provisions of this act, are hereby repealed.

**The U.S. National Archives and Records Administration**
1-86-NARA-NARA or 1-866-272-6272

Case 3:22-cv-07155-JSC     Document 1     Filed 11/15/22     Page 43 of 56

**The U.S. National Archives and Records Administration**
1-86-NARA-NARA or 1-866-272-6272

RD Instruction 1951-F
Exhibit A
Page 1

LENDER AGRICULTURAL LOAN UNDERWRITING STANDARDS

SHORT-TERM CREDIT

|  | LENDER | LENDER | LENDER | LENDER | APPLICANT |
|---|---|---|---|---|---|
| Date Completed |  |  |  |  |  |
| Name |  |  |  |  |  |
| Lending Limit | $ | $ | $ | $ | Not Appl. |
| Minimum Loan Size |  |  |  |  | Not Appl. |
| Percent Equity |  |  |  |  |  |
| Percent Repay Margin |  |  |  |  |  |
| Type Security Required |  |  |  |  |  |
| Maximum Loan to Security Value |  |  |  |  | Not Appl. |
| Maximum Term of Loan |  |  |  |  | Not Appl. |

Continue with general, or lender specific, criteria on reverse side.

(06-21-96)  SPECIAL PN

RD Instruction 1951-F
Exhibit A
Page 2

## INTERMEDIATE-TERM CREDIT

| | LENDER | LENDER | LENDER | LENDER | APPLICANT |
|---|---|---|---|---|---|
| Lending Limit | $ | $ | $ | $ | Not Appl. |
| Minimum Loan Size | | | | | Not Appl. |
| Percent Equity | | | | | |
| Percent Repay Margin | | | | | |
| Type Security Required | | | | | |
| Maximum Loan to Security Value | | | | | Not Appl. |
| Maximum Term of Loan | | | | | Not Appl. |

## LONG-TERM CREDIT

| | LENDER | LENDER | LENDER | LENDER | APPLICANT |
|---|---|---|---|---|---|
| Lending Limit | $ | $ | $ | $ | Not Appl. |
| Minimum Loan Size | | | | | Not Appl. |
| Percent Equity | | | | | |
| Percent Repay Margin | | | | | |
| Type Security Required | | | | | |
| Maximum Loan to Security Value | | | | | Not Appl. |
| Maximum Term of Loan | | | | | Not Appl. |

RD Instruction 1951-F
Exhibit A
Page 3

DEFINITIONS

Name:  The name of the lending institution and applicant.

Lending Limit:  The maximum dollar amount a lender is willing/able to lend to one borrower.

Minimum Loan Size:  Least amount lender will consider making a loan for.

Percent Equity:  Net worth divided by total assets.

Percent Repay Margin:  Most lenders use a percent of the capital debt retirement margin.  This is normally the principal portion of debt due divided by the borrower's net income.  Operating loan principal is not considered a capital debt and is not included.  However, since each lender may use different methods to calculate repayment margins, you should obtain this information from each individual lender.

Type Security Required:  The type of collateral required to secure loans for short-, intermediate-, and long-term purposes.

Maximum Loan to Security Value:  The loan amount divided by the appraised value of the loan security.  This also may be calculated using the security's net recovery value.  You should obtain each lender's method for deriving net recovery value.

Maximum Term of Loan:  The maximum number of years the lender will allow for repayment for intermediate and long-term purposes.  Short-term credit is assumed due within the 1-year operating cycle.

o0o

(06-21-96)  SPECIAL PN

# STATE COMPLAINT CASES FOR REMAND

**SUM-130**

## SUMMONS
## *(CITACIÓN JUDICIAL)*

### UNLAWFUL DETAINER-EVICTION
### *(RETENCIÓN ILÍCITA DE UN INMUEBLE- DESALOJO)*

| | FOR COURT USE ONLY<br>*(SOLO PARA USO DE LA CORTE)* |
|---|---|

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
Tanya Stutson, Kevin Woodruff AKA Wanag Tahatan Bey and DOES 1-10, inclusive

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANO EL DEMANDANTE):*
Secretary of Veterans Affairs, an Officer of the United States, Successors and Assigns at the Department of Veterans Affairs, Loan Guaranty Service, 3401 Est End Avenue, STE 760W, Nashville, TN 37203, its assignees and/or successors

F I L E D
JUN 16 2022
K. RIEKER CLERK OF THE COURT
SUPERIOR COURT OF CALIFORNIA
COUNTY OF CONTRA COSTA
By_____
C. Gonzalez, Deputy Clerk

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 5 days. You have 5 DAYS, not counting Saturdays and Sundays and other judicial holidays, after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff.

A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courts.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call and attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services website (*www.lawhelpca.org*), the California Courts Online Self-Help Center (*www.courts.ca.govselfhelp*), or by contacting your local court or county bar association.

*¡AVISO! Usted ha sido demandado, Si no responde dentro de 5 días, el tribunal puede emitir un fallo en su contra sin una audencia. Una vez que le entreguen esta citación y papeles legales, solo tiene 5 DÍAS, sin contar sábado y domingo y otros días feriados del tribunal y hacer que se entregue una copia al demandante.*

*Una carta una illamada telfóncia no lo protege. Su respuesta por escrito tiene que estra en format legal correcto si desea que procesen su caso en la corte. Es possible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (*www.sucorte.ca.gov*), en la biblioteca de leyes de su condado o en la corte le quede más cerca. Sí no presenta su respuesta a tiempo, puede perder el caso por falta de comparecencia y se le podrá quitar su sueldo, dinero y bienes sin mas advertencia.*

*Hay otros requistos legales. Es recommendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar un servicio de remissión a abogado. Si no puede pagar a un abogado, es possible que cupla con los requistos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (*www.lawhelpcalifornia.org*), en el Centro de Ayuda de las Cortes de California, (*www.sucorte.ca.gov*) o poniéndose en contacto con la corte o el colegio de abogados local.*

**FEE WAIVER:** if you cannot pay the filing fee, ask the clerk for a fee waiver form. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*EXENCIÓN DE CUOTAS: Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos con un gravamen sobre cualquier cantidad de $10,000 ó más recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte puede desestimar el caso.*

1. The name and address of the court is:
   *(El nombre y dirección de la corte es):* SUPERIOR COURT OF CALIFORNIA, CONTRA COSTA COUNTY, CONTRA COSTA SUPERIOR COURT - PITTSBURG COURTHOUSE JUDICIAL DISTRICT
   Richard E. Arnason Justice Center, Pittsburg, CA 94565

CASE NUMBER *(número de caso)*:
MSC22-0301

2. The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: *(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
   Melissa Robbins Coutts Esq. SBN 246723
   McCarthy & Holthus, LLP    411 Ivy Street, San Diego, CA 92101 (619) 243-3960 Fax (619) 785-3253

Form Adopted by Mandatory Use
Judicial Council of California
SUM-130 [Rev. January 1, 2022]

**SUMMONS—UNLAWFUL DETAINER—EVICTION**



Code of Civil Procedure, §§ 412.20, 415.45, 1167
www.courts.ca.gov

SUM-130

| PLAINTIFF *(Name)*: | Secretary of Veterans Affairs, an Officer of the United States, Successors and Assigns at the Department of Veterans Affairs, Loan Guaranty Service, 3401 Est End Avenue, STE 760W, Nashville, TN 37203, its assignees and/or successors | CASE NUMBER: PS 22-0501 |
|---|---|---|
| DEFENDANT *(Name)*: | Tanya Stutson, Kevin Woodruff AKA Wanag Tahatan Bey and DOES 1-10, inclusive | |

3. *(Must be answered in all cases)* An **unlawful detainer assistant (Bus. & Prof. Code §§ 6400-6415)** ☒ did **not** ☐ did for compensation give advice or assistance with this form. *(If plaintiff has received any help or advice for pay from an unlawful detainer assistant, complete item 4 below.)*

4. **Unlawful detainer assistant** *(complete if plaintiff has received any help or advice for pay from an unlawful detainer assistant )*:

   a.  Assistant's name:

   b.  Telephone no.:

   c.  Street address, city, and zip:

   d.  County of registration:

   e.  Registration no.:

   f.  Registration expires on *(date)*:

| DATE: *(Fecha)* | JUN 1 6 2022 | Clerk, by *(Secretario)* | C. GONZALEZ | , Deputy *(Adjunto)* |
|---|---|---|---|---|

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons (POS-010).)*

[SEAL]

5. **NOTICE TO THE PERSON SERVED:** You are served

   a.  ☐ as an individual defendant.

   b.  ☐ as the person sued under the fictitious name of (specify):

   c.  ☒ as an occupant.

   d.  ☒ on behalf of *(specify):* All Unknown Occupants

      under: ☐ CCP 416.10 (corporation).     ☐ CCP 416.60 (minor).
           ☐ CCP 416.20 (defunct corporation).  ☐ CCP 416.70 (conservatee).
           ☐ CCP 416.40 (association or partnership).  ☐ CCP 416.90 (authorized person).
           ☒ CCP 415.46 (occupant).     ☐ other (specify):

   e.  ☐ by personal delivery on *(date)*:

**SUMMONS—UNLAWFUL DETAINER—EVICTION**

 

CP10.5

**NOTICE:** EVERYONE WHO LIVES IN THIS RENTAL UNIT MAY BE EVICTED BY COURT ORDER. READ THIS FORM IF YOU LIVE HERE AND IF YOUR NAME IS NOT ON THE ATTACHED SUMMONS AND COMPLAINT.

1. If you live here and you do not complete and submit this form, you may be evicted without further hearing by the court along with the persons named in the Summons and Complaint.
2. You must file this form within 10 days of the date of service listed in the box on the right hand side of this form.
   - **Exception:** If you are a tenant being evicted after your landlord lost the property to foreclosure, the 10-day deadline does not apply to you and you may file this form at any time before judgment is entered.
3. If you file this form, your claim will be determined in the eviction action against the persons named in the complaint.
4. If you do not file this form, you may be evicted without further hearing.
5. If you are a tenant being evicted due to foreclosure, you have additional rights and should seek legal advice immediately.

| CLAIMANT OR CLAIMANT'S ATTORNEY (Name and Address):     TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|
| ATTORNEY FOR (Name): | |

**NAME OF COURT:** Contra Costa Superior Court - Pittsburg Courthouse Court of California
STREET ADDRESS: Richard E. Arnason Justice Center
MAILING ADDRESS: 1000 Center Drive
CITY AND ZIP CODE: Pittsburg, CA 94565
BRANCH NAME:

Plaintiff:

Defendant:

| **PREJUDGMENT CLAIM OF RIGHT TO POSSESSION** | CASE NUMBER:<br>PS 22-0501 |
|---|---|
| **Complete this form only if ALL of these statements are true:**<br>1. You are NOT named in the accompanying Summons and Complaint.<br>2. You occupied the subject premises on or before the date the unlawful detainer (eviction) complaint was filed. (The date is in the accompanying Summons and Complaint.)<br>3. You still occupy the subject premises. | *(To be completed by the process server)*<br>DATE OF SERVICE:<br>*(Date that form is served or delivered, posted, and mailed by the officer or process server)* |

I DECLARE THE FOLLOWING UNDER PENALTY OF PERJURY:

1. My name is *(specify):*
2. I reside at *(street address, unit no., city and ZIP code):*

3. The address of "the premises" subject to this claim is *(address):*

4. On *(insert date):*        6/16/2022        , the landlord or the landlord's authorized agent filed a complaint to recover possession of the premises. *(This date is in the accompanying Summons and Complaint.)*
5. I occupied the premises on the date the complaint was filed *(the date in item 4).* I have continued to occupy the premises ever since.
6. I was at least 18 years of age on the date the complaint was filed *(the date in item 4).*
7. I claim a right to possession of the premises because I occupied the premises on the date the complaint was filed *(the date in item 4).*
8. I was not named in the Summons and Complaint.
9. I understand that if I make this claim of possession, I will be added as a defendant to the unlawful detainer (eviction) action.
10. *(Filing fee)* I understand that I must go to the court and pay a filing fee of  $                    or file with the court an "Application for Waiver of Court Fees and Costs." I understand that if I don't pay the filing fee or file the form for waiver of court fees, I will not be entitled to make a claim of right to possession.

*(Continued on reverse)*

CP10.5 [Rev. June 15, 2015]

**PREJUDGMENT CLAIM OF RIGHT TO POSSESSION**

Code of Civil Procedure, §§ 415.46, 715.010, 715.020, 1174.25

CP10.5

| Plaintiff: | CASE NUMBER: |
|---|---|
| Defendant: | PS 22-0501 |

11. If my landlord lost this property to foreclosure, I understand that I can file this form at any time before judgment is entered, and that I have additional rights and should seek legal advice.

12. I understand that I will have *five days* (excluding court holidays) to file a response to the Summons and Complaint after I file this Prejudgment Claim of Right to Possession form.

> **NOTICE: If you fail to file this claim, you may be evicted without further hearing.**

13. **Rental agreement.** I have *(check all that apply to you)*:

   a. ☐ an oral or written rental agreement with the landlord.

   b. ☐ an oral or written rental agreement with a person other than the landlord.

   c. ☐ an oral or written rental agreement with the former owner who lost the property to foreclosure.

   d. ☐ other *(explain):*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

> **WARNING: Perjury is a felony punishable by imprisonment in the state prison.**

Date:

_____        ▶        _____
(TYPE OR PRINT NAME)                                               (SIGNATURE OF CLAIMANT)

> **NOTICE:** If you file this claim to possession, the unlawful detainer action against you will be determined at trial. At trial, you may be found liable for rent, costs, and, in some cases, treble damages.

---

## — NOTICE TO OCCUPANTS —

**YOU MUST ACT AT ONCE if all the following are true:**

   **1. You are NOT named in the accompanying Summons and Complaint.**

   **2. You occupied the premises on or before the date the unlawful detainer (eviction) complaint was filed.**

   **3. You still occupy the premises.**

You can complete and SUBMIT THIS CLAIM FORM WITHIN 10 DAYS from the date of service (on the form) at the court where the unlawful detainer (eviction) complaint was filed. If you are a tenant and your landlord lost the property you occupy through foreclosure, this 10-day deadline does not apply to you. You may file this form at any time before judgment is entered. You should seek legal advice immediately.

If you do not complete and submit this form (and pay a filing fee or file a fee waiver form if you cannot pay the fee), YOU WILL BE EVICTED.

After this form is properly filed, you will be added as a defendant in the unlawful detainer (eviction) action and your right to occupy the premises will be decided by the court. *If you do not file this claim, you may be evicted without a hearing.*

CP10.5 [Rev. June 15, 2015]          **PREJUDGMENT CLAIM OF RIGHT TO POSSESSION**          Page two

F I L E D

JUN 16 2022

K RIEKER CLERK OF THE COURT
SUPERIOR COURT OF CALIFORNIA
COUNTY OF CONTRA COSTA

By_____
C Gonzalez, Deputy Clerk

**McCarthy & Holthus, LLP**
Melissa Robbins Coutts Esq., (SBN 246723)
Deborah A. Boyd, Esq. (SBN 136296)
2763 Camino Del Rio S, Suite 100
San Diego, CA 92108
Telephone: (619) 243-3960
Fax (619) 785-3253

Attorney for: Plaintiff,
Secretary of Veterans Affairs, an Officer of the United States, Successors and Assigns at the Department of Veterans Affairs, Loan Guaranty Service, 3401 Est End Avenue, STE 760W, Nashville, TN 37203, its assignees and/or successors

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF CONTRA COSTA

| | |
|---|---|
| Secretary of Veterans Affairs, an Officer of the United States, Successors and Assigns at the Department of Veterans Affairs, Loan Guaranty Service, 3401 Est End Avenue, STE 760W, Nashville, TN 37203, its assignees and/or successors, <br><br> Plaintiff, <br><br> vs. <br><br> Tanya Stutson, Kevin Woodruff AKA Wanag Tahatan Bey, <br> and DOES 1-10, inclusive, <br><br> Defendant(s). | Case No. PS 22-0501 <br><br> **COMPLAINT FOR UNLAWFUL DETAINER FOLLOWING FORECLOSURE SALE ACTION BASED ON CODE OF CIVIL PROCEDURE SECTION 1161a** <br><br> Limited Civil Case <br><br> Amount demanded does not exceed $10,000 |

Plaintiff alleges as follows:

1. Plaintiff, Secretary of Veterans Affairs, an Officer of the United States, Successors and Assigns at the Department of Veterans Affairs, Loan Guaranty Service, 3401 Est End Avenue, STE 760W, Nashville, TN 37203, its assignees and/or successors, is entitled to possession and is the owner of record of a parcel of real property located at 2013 Mt. Hamilton Dr., Antioch, CA 94531 ("Subject Property"). The Subject Property is located

within the above-referenced Judicial District and County.

2. Plaintiff, Secretary of Veterans Affairs, an Officer of the United States, Successors and Assigns at the Department of Veterans Affairs, Loan Guaranty Service, 3401 Est End Avenue, STE 760W, Nashville, TN 37203, its assignees and/or successors, is an entity lawfully conducting business in California.

3. Defendant(s), Tanya Stutson, Kevin Woodruff AKA Wanag Tahatan Bey, at all times herein mentioned resided in the State of California, County of CONTRA COSTA.

4. Defendant(s), and each of them, are currently in possession of and occupying the Subject Property.

5. Defendant(s) is the former trustor or a holdover occupant of the former trustor.

6. The true names and capacities, whether individual, corporate, associate or otherwise, of the Defendant(s) named herein as Does 1-10, inclusive, and each of them, are unknown to Plaintiff, who therefore sues said Defendant(s) by their fictitious names under Code of Civil Procedure Section 474. Plaintiff asks leave of the Court to amend its Complaint to include the true names and capacities of said Defendant(s) when the same have been ascertained.

7. Plaintiff is the owner of and entitled to immediate possession of the Subject Property, which property is located within the jurisdictional boundaries of this court.

8. Plaintiff owns the Subject Property by virtue of a foreclosure sale duly held pursuant to the power under the Deed of Trust executed by Defendant(s) or their predecessors.

9. Defendant(s) or their predecessors defaulted under the terms of the Deed of Trust, which secured the Subject Property, the subject of this litigation. Thereafter, a Notice of Default and Breach of Conditions of the Deed of Trust and Election to Sell the Property, to satisfy the obligation thereby secured, was recorded in the Official Records in the Office of the County Recorder of CONTRA COSTA County, California.

10. After failure of Defendant(s) or their predecessors to cure said default, a Trustee's Sale of the Subject Property was duly noticed, as required under Civil Code Section 2924 *et. seq.*, to satisfy the obligation secured by the Deed of Trust.

11. At the time and place noticed for Trustee's Sale, the Subject Property was sold to Nationstar Mortgage LLC D/B/A Mr. Cooper, in compliance with California Civil Code Section 2924 *et. seq.* The Trustee's Deed Upon Sale was recorded in the CONTRA COSTA County Recorder's Office, thereby duly perfecting Nationstar Mortgage LLC D/B/A Mr. Cooper's title to the Property. A true and correct copy of the Trustee's Deed is attached hereto marked Exhibit "1" and made a part hereof.

12. Thereafter, Nationstar Mortgage LLC D/B/A Mr. Cooper, or its authorized agent Grant Deeded the Subject Property to Secretary of Veterans Affairs, an Officer of the United States, Successors and Assigns at the Department of Veterans Affairs, Loan Guaranty Service, 3401 Est End Avenue, STE 760W, Nashville, TN 37203, its assignees and/or successors on 11/16/2021. The Grant Deed was recorded in the CONTRA COSTA County Recorder's office as instrument number 2022-0040141 on 03/07/2022, Secretary of Veterans Affairs, an Officer of the United States, Successors and Assigns at the Department of Veterans Affairs, Loan Guaranty Service, 3401 Est End Avenue, STE 760W, Nashville, TN 37203, its assignees and/or successors, is the current owner of the Subject Property. A true and correct copy of the grant deed is attached is Exhibit "2" and made a part hereof.

13. On 06/04/2022, Defendant(s) was served with a written notice requiring Defendant(s) and "All Persons in Possession" of the Subject Property to quit and deliver up possession of the property. A true and correct copy of said Notice for Possession is attached hereto as Exhibit "3" and is incorporated by this reference. A true and correct copy of the Proof of Service of Notice for Possession is attached hereto as Exhibit "4" and is incorporated

by this reference.

14. Defendant(s) have failed and refused to deliver up possession of the Subject Property after expiration of the Notice as required by California Code of Civil Procedure §1161a(b)(3).

15. Defendant(s) continues in possession of the Subject Property without Plaintiff's permission or consent.

16. The reasonable value of the use and occupancy of the Subject Property is equal to an amount according to proof at trial, and damage to the Plaintiff caused by Defendant's unlawful detention thereof has accrued at said rate since 6/14/2022, and will continue to accrue until the date of entry of Judgment.

WHEREFORE, Plaintiff prays judgment against Defendant(s) and each of them for:

1. Restitution of the Subject Property;

2. Damages in an amount to be determined, according to proof, at trial, at a daily rate from 6/14/2022, until the date that judgment for Plaintiff is entered by the Court; and

3. Costs herein and further relief as is proper.

Dated: June 14, 2022

McCarthy Holthus, LLP

By: _____
Deborah A. Boyd, Esq.
Attorney For Plaintiff,
Secretary of Veterans Affairs, an
Officer of the United States, Successors
and Assigns at the Department of
Veterans Affairs, Loan Guaranty
Service, 3401 Est End Avenue, STE
760W, Nashville, TN 37203, its
assignees and/or successors

**VERIFICATION**

STATE OF ARIZONA

COUNTY OF MARICOPA

I have read the foregoing COMPLAINT FOR UNLAWFUL DETAINER and know its contents.

I am one of the attorneys for Secretary of Veterans Affairs, an Officer of the United States, Successors and Assigns at the Department of Veterans Affairs, Loan Guaranty Service, 3401 Est End Avenue, STE 760W, Nashville, TN 37203, its assignees and/or successors, a party to this action. The officer responsible of such party is absent from the county aforesaid where such attorneys have their offices, and I make this verification for and on behalf of that party for that reason. I have read the foregoing document and I am informed and believe that the matters therein to be true, and on that ground, allege that the matters stated therein are true.

Executed on 6/14/2022, in Scottsdale, AZ.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Deborah A. Boyd, Esq.

Page 5
Complaint for Unlawful Detainer   CA-22-117558 - Jacob Fiedler