UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEAGUE OF AMERICAN AUTOCHTHORN HEIR TRIBAL NATION, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>    Defendants. | Case No. 22-cv-07155-JSC<br><br>**ORDER DISMISSING CASE**<br><br>Re: Dkt. No. 30 |

The Court dismissed Plaintiffs' complaint on January 23, 2023 for failure to state a viable legal claim. (Dkt. No. 30.) The Court granted leave to amend and set a February 17, 2023 deadline for filing any amended complaint. (*Id.* at 2.)

Plaintiffs have not amended their complaint. Instead, Plaintiffs filed a "notice of removal" to "The Royal Tribal Indian offenses supreme court," (Dkt. No. 34) (emphasis in original), and a "Mandatory Official Judicial Notice" of a "Tribal Protective Order," (Dkt. No. 31). Neither document could be construed as an amended complaint.

As Plaintiffs did not file an amended complaint to address the deficiencies identified in this Court's earlier order, their lawsuit is dismissed with prejudice for the reasons stated in the Court's January 23, 2023 Order. (Dkt. No. 30.)

**IT IS SO ORDERED.**

Dated: March 2, 2023

JACQUELINE SCOTT CORLEY
United States District Judge